UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT ALSPAUGH, JR.,

    Plaintiff,

v.                                                  Case No. 2:06-cv-111
                                                      HON. R. ALLAN EDGAR

REX MCCONNELL, et al.,

    Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 18, 2008. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

        Plaintiff asserts that he did not receive treatment for his injuries or for his medical condition while housed at Marquette Branch Prison. The record shows that plaintiff was treated extensively and regularly by defendants and other medical providers. Plaintiff cannot establish that defendants acted with deliberate indifference.

        THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #333) is approved and adopted as the opinion of the Court.

Dated:     9/26/08                                */s/ R. Allan Edgar*
                                                                   R. ALLAN EDGAR
                                                                   UNITED STATES DISTRICT JUDGE